UNITED STATES
DEPARTMENT OF JUSTICE
U. S. DISTRICT COURT

IT IS SO ORDERED.
s/David A. Ruiz
United States District Judge
October 5, 2026

FILED
SEP 15 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

In the matter of:

GILL, SEHAJVEER SINGH

A# 235-361-352

CASE NO.- 4:26-CV-02105

RE:- Correction of spellings of name of petitioner.

Honorable court,

I HAD Recentenly filed a writ of habeas corpus in the court, On 09/08/2026 i recieved a (notice of electronic filling) from the clerk of court.

Petitioner's name is wrong is spellings, so i humbly request the court to amend the correct spellings of the name.

For convineance i have attached a copy of petitioner's passport along with this motion.

Previous spellings: SEHAJUEER SINGH GILL

CORRECTED SPELLINGS: SEHAJVEER SINGH GILL

The mistake is only in the First name of the individual, which is SEHAJVEER, but court has put U instead of V at last forth alphabet.

I Hope this mistake will be amended soon.

THANK YOU.

PRINT NAME :- SEHAJVEER SINGH GILL

SIGNATURE :- Sehajveer S. Gill.

DATE :- 09/09/2026

(ATTACHMENTS):- # (1) Copy of petitioner's passport.